JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, | Case No. CV 12-10076-R (DTB) |
| Petitioner, | **J U D G M E N T** |
| vs. | |
| DARYL T. RAGSDALE, | |
| Respondent. | |

In accordance with the Order Denying Application for Extension of Time to File Habeas Petition and Summarily Dismissing Matter Without Prejudice filed herein,

IT IS HEREBY ADJUDGED that this action is summarily dismissed without prejudice.

DATED:   _Dec. 5, 2012__

                                              MANUEL L. REAL
                                              UNITED STATES DISTRICT JUDGE