JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, | ) ) ) | Case No. CV 12-10076-R (DTB) |
| Petitioner, | ) ) | **J U D G M E N T** |
| vs. | ) ) | |
| DARYL T. RAGSDALE, | ) ) | |
| Respondent. | ) ) | |

In accordance with the Order Denying Application for Extension of Time to File Habeas Petition and Summarily Dismissing Matter Without Prejudice filed herein,

IT IS HEREBY ADJUDGED that this action is summarily dismissed without prejudice.

DATED:    _Dec. 5, 2012__

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

1